THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In the Interest of Brandon W., a minor under the age of seventeen years,
Appellant.
 
 
 
 

Appeal From Newberry County
John M. Rucker, Family Court Judge

Unpublished Opinion No. 2005-UP-314
Submitted May 1, 2005  Filed May 6, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor W. Townes Jones, IV, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  Brandon W. was convicted of assault with intent to kill and possession of a pistol by a person under twenty-one years of age.  He was committed to the Department of Juvenile Justice for an indeterminate period not to exceed his twenty-first birthday.  Brandon W.s appellate counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved from representation, asserting there are no directly appealable issues of arguable merit.  Brandon W. did not file a pro se response with the Court.
After a review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.[1]
 APPEAL DISMISSED.
 ANDERSON, STILWELL, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.